UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSWELL PARK COMPREHENSIVE CANCER CENTER; HEALTH RESEARCH INC. ROSWELL PARK DIVISION; CANDACE JOHNSON, Ph.D, in her individual and professional capacities; REINER BRENTJENS, M.D., Ph.D, in his individual and professional capacities; CARL MORRISON, M.D., DVM, in his individual and professional capacities; JOHN KANE III, M.D., in his individual and professional capacities; and ERROL DOUGLAS, Ph. D., in his individual and professional capacities,<br><br>        Movants.<br> v.<br><br>ANNE GRAND'MAISON, M.D.,<br><br>        Respondent. | Civil Case No. 1:23-mc-00243<br><br>CASE IN OTHER COURT: Docket No. 1:23-CV-00099 (W.D.N.Y.) |

Pursuant to Federal Rule of Civil Procedure 7.1, The Medical College of Wisconsin, Inc. ("MCW") states:

MCW is a Wisconsin not-for-profit corporation. MCW does not have any parent corporation. MCW is a non-stock corporation and, accordingly, there is no publicly-held corporation that owns 10% or more of any stock.

              Respectfully submitted,

              HINSHAW & CULBERTSON LLP
              *Attorneys for The Medical College of Wisconsin, Inc. and Saul Suster, M.D.*

              By:  *s/Samantha R. Millar*
                 Samantha R. Millar, Esq.

              800 Third Avenue, 13th Floor
              New York, New York 10022
              Tel: (212) 471-6200
              Fax: (212) 935-1166
              Email: smillar@hinshawlaw.com

Dated: July 26, 2023