UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROSWELL PARK COMPREHENSIVE CANCER CENTER; CANDACE JOHNSON, Ph.D., in her individual and professional capacities; RENIER BRENTJENS, M.D., Ph.D., in his individual and professional capacities; CARL MORRISON, M.D., DVM, in his individual and professional capacities; JOHN KANE III, M.D., in his individual and professional capacities; and ERROL DOUGLAS, Ph.D., in his individual and professional capacities,<br><br>        Movants,<br><br>v.<br><br>ANNE GRAND'MAISON, M.D.,<br><br>        Respondent. | CASE IN OTHER COURT:<br>Case No. 1:23-cv-00099 (W.D.N.Y.)<br><br>**NOTICE OF MOTION TO QUASH NONPARTY SUBPOENAS** |

---

PLEASE TAKE NOTICE that, upon the accompanying declaration of Tara M. Ward, dated July 25, 2023, with exhibits; and the supporting memorandum of law dated July 25, 2023, Roswell Park Cancer Institute Corporation (a/k/a Roswell Park Comprehensive Cancer Center), Candace Johnson, Ph.D., Renier Brentjens, M.D., Ph.D., Carl Morrison, M.D., DVM, John Kane III, M.D., and Errol Douglas, Ph.D. (collectively, the "Movants") will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court for an Order:

        1.      Quashing Respondent's subpoenas to produce documents, information, or objects, with a return date of July 26, 2023, pursuant to Fed. R. Civ. Proc. 45(d)(3), or in the alternative, transferring this motion to Judge Roemer in the Western

District of New York, in the matter *Grand'Maison, M.D. v. Roswell Park Comprehensive Cancer Center et al.*, No. 1:23-cv-00099 (W.D.N.Y.), pursuant to Fed. R. Civ. Proc. 45(f);

      2.      Awarding Movants' attorney's fees and costs associated with making this motion; and

      3.      Granting such other and further relief as the Court deems just and proper.

Pursuant to L.R. Civ. P. 6.1, Movants reserve their right to file and serve reply papers.

Dated: Buffalo, New York
         July 25, 2023

PHILLIPS LYTLE LLP

By: /s/ Amanda L. Lowe
     Amanda L. Lowe
     Tara M. Ward
Attorneys for Movants
*Roswell Park Comprehensive Cancer Center, Candace Johnson, Renier Brentjens, Carl Morrison, John Kane III, and Errol Douglas*
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
Facsimile No. (716) 852-6100
alowe@phillipslytle.com
tward@phillipslytle.com

TO:    WIGDOR LLP
        David E. Gottlieb
        Laura E. Edidin
        Attorneys for Respondent
        *Anne Grand'Maison, M.D.*
        85 Fifth Avenue
        New York, New York 10003
        Telephone No. (212) 257-6800
        dgottlieb@wigdorlaw.com
        ledidin@wigdorlaw.com

Doc #11268193.5