UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSWELL PARK COMPREHENSIVE CANCER CENTER; CANDACE JOHNSON, Ph.D., in her individual and professional capacities; RENIER BRENTJENS, M.D., Ph.D., in his individual and professional capacities; CARL MORRISON, M.D., DVM, in his individual and professional capacities; JOHN KANE III, M.D., in his individual and professional capacities; and ERROL DOUGLAS, Ph.D., in his individual and professional capacities,

          Movants,

v.

ANNE GRAND'MAISON, M.D.,

          Respondent.

Case In Other Court:
Case No. 1:23-cv-00099
(W.D.N.Y.)

Civil No.: 1:23-mc-00243

---

### JOINT STIPULATION EXTENDING NON-PARTY KALEIDA HEALTH'S TIME TO RESPOND TO OR OTHERWISE MOVE WITH RESPECT TO NON-PARTY SUBPOENA

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for non-party Kaleida Health to respond to or otherwise move with respect to the non-party subpoena purportedly served on it by Respondent, Anne Grand'Maison, M.D., (the "Subpoena") in a related case filed in the Western District of New York, Case No. 1:23-cv-00099 (the "Originating Action") is hereby held in abeyance pending entry of a Confidentiality Order in the Originating Action.

IT IS FURTHER STIPULATED AND AGREED that, once the Confidentiality Order referenced above is filed and entered in the Originating Action, counsel to Dr. Anne Grand'Maison, M.D. shall promptly reach out to counsel to Kaleida Health and agree upon a new return date for Kaleida Health to respond to or otherwise move with respect to the Subpoena in this Court and/or in the Originating Action, and counsel shall inform this Court of such date via letter motion.

Dated:  August 1, 2023

**WIGDOR LLP**
*Attorneys for Respondent,*
*Anne Grand'Maison, M.D.*

By:     s/Laura E. Edidin (with permission)
        David E. Gottlieb
        Laura E. Edidin
85 Fifth Avenue, 5th Floor
New York, New York 10003
Telephone:  (212) 257-6800
dgottlieb@wigdorlaw.com
ledidin@wigdorlaw.com

Dated:  August 1, 2023

**HODGSON RUSS LLP**
*Attorneys for Non-Party Kaleida Health*

By:     s/James J. Zawodzinski, Jr.
        Julia M. Hilliker
        James J. Zawodzinski, Jr.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
jhillike@hodgsonruss.com
jzawodzi@hodgsonruss.com

**SO ORDERED**

*[signature: Paul S. Gardephe]*

Honorable Paul G. Gardephe
United States District Court Judge

Dated:  August 3, 2023

000160.01535 Business 24072407v1